IN THE United States District Court
Northern District of Illinois,

Mr. Demetrius M. Nichols
N61355
Petitioner

v.

State of Illinois et al,

RECEIVED
DEC 03 2007
DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6821
JUDGE KOCORAS
MAG. JUDGE BROWN

Civil Complaint
42.28 U.S.C 1983

Now comes petitioner Mr. Demetrius M. Nichols pro-se herein and states that he is incarcerated within the Illinois Department of Corrections surrounding this Civil Complaint 28.U.S.C.1983 (And) Remedies are not available within the Department of Corrections for this Civil Complaint for wrongful conviction In with Demands Justice the petitioner states he has been incarcerated here at Hill Correctional Center 600 Linwood Road P.O. Box-1327 Galesburg, Illinois 61401 (309) 343-4212 since December 3, 2002 Reason for this Civil Complaint, Constitutional Deprivations Due process violations, wrongful conviction under the color of state law, that guaranteed by the Constitution of the united States of federal law.

(1)

Petitioner further states within his civil complaint the sentence was imposed upon this petitioner by the Honorable Judge Camille E. Willis Feb 24, 2004 02-C-6618760I in Markham, Illinois 60426 sixth Municipal District in with this cause is subject

Petitioner states after bein incarcerated within the Cook County Jail December 2002 for alleged Domestic Battery of the mother of his childrens he was represented by Robert Johnson, public Defender of the Markham Court House whom he had removed after serval non-agreements within his bein Jail that Attorney was removed whom vowed revenage and Motion was made by, petitioner Mr. Demetrius H. Nichos pro-se for an knew attorney whom was decided by the Honorable Judge Camille E. Willis whom stated that an attorney a friend of hers by the name of John Fitzgerald Lyke JR. (Attorney At Law) of 1506 E. 53rd Street Suite 200 Chicago, Illinois 60615 whom would be appointed to represent myself, Doin the Duration of the proceedings, their conveesations was based upon the finicial exchange between the both of them instead of the situation that I myself was bein accused of within this wrongful conviction of constitutional Deprivations, In with Deprived me of my guaranteed rights too be free from any tainted conviction, and federal and state laws.

(2)

Petitioner further states that Mr. John Lyke Sr. intentionally prejudiced his defense within this overly charged alleged domestic where their was no evidence only alleged facts for the sake of personal gain. Where the Court had offer this petitioner two years minum, and five years maxium with proper representation this petitioner would have been found not guilty while acquitting him of the greater people v. Owens (1989) 129 Ill. 2d 303, 135 Ill Dec 780 544, N.E. 2d 276, 278 petitioner states on December 3, 2002 complaint was alleged the petitioner too have broking within his residents of his home where he and the mother of his childrens where residing bangin on the door and demanding to be let in then heard petitioner up stairs with a metal object Ms. Ebony Foster stated he did nothing with it statements each alleged incidents (credibility) petitioner continue too state Ms. Ebony Foster was alleged to have been stabbed with a nine inch butchers knife in with no, investagator nor sixth municipal court house, nor prosecution or attorney seems too have proof of ILCS 5/112 specifally including photograhs of injury or damage clothing or other evidence within preserving evidence of the Criminal Code (1961) and since the mother of his childrens was alleged to have been stabbed since the petitioner was sentenced by the Court to a term a imprisonment in the Illinois Department of corrections (20 yrs stricken) 5 yrs, 3 yrs.

(3)

PETITIONER further STATES FOR the offenses of Attempted Murder, Aggravated Battery, unlawful Restraint, without any Evidence this is clearly the genuine issue, alone with the improperness of counsel and Honorable Judge, petitioner further states THE MR. John Lyke showed him photos of a white female that had been seriously injured over her entire body whom he Alleged was MS. Ebony FOSTER whom he STATED prosecution had given him those photos in with was never presented doin trial whom this PETITIONER continue and STATE that the person whom he showed the defendant was NOT ebony FOSTER knowingly use of perjured testimony and certainly without any Evidence constituted a violation of Due process Constitutional Deprivations, those photos was never showed doin trial (credibility of the situation) John Lyke Attorney, and Honorable Camille E. Willis Acted in conspiracy alone with prosecution without any Evidence for the purpose of finacial gain within that Cause Civil Complaint 28.U.S.C. 1983 wherefor this PETITIONER Demands in the amount of this wrongful conviction Amount of seven MILLIONS for Relief and Demands IMMEDIATE Release from the Illinois Department of Corrections, where the individuals acting in conspiracy to deprive this PETITIONER of his, Constitutional Rights,          Nov, 23, 2007

under penalty of perjury                    Respectfully submitted,
TRUE And correct                            MR. Demetrius M. Nichols
28.U.S.C. 1983              (4)

IN THE United States District Court
Northern District of Illinois

United States of America
MR. Demetrius H. Nichols
N61355
PETITIONER
V.
State of Illinois etc al,

Civil Complaint
42 28. U.S.C. 1983

persons.
U.S. Marshall
Issue Supena,
Serve within Custode,

(1) John Fitzgerald Lyke Jr.
   Attorney at Law.
   Law Office of John F. Lyke Jr.
   1505 E. 53rd Street Suite 200
   Chicago, Illinois 60615

(2) Honorable Judge Camille E. Willis
   Sixth Municipal District,
   Markham Court House
   16501 S. Kedzie Ave
   Markham, Illinois 60426

(3) etc al,

Constitutional Deprivations, Due process violations, wrongful conviction under the color of State law, Constitution of the United States of federal law,