PRISONER CASE



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** DEMETRIUS H. NICHOLS

**Defendant(s):** STATE OF ILLINOIS

**County of Residence:** KNOX

**County of Residence:**

**Plaintiff's Address:**
Demetrius H. Nichols
N-61355
Hill - HIL
P.O. Box 1700
Galesburg, IL 61401

**Defendant's Attorney:**

07CV6821
JUDGE KOCORAS
MAG. JUDGE BROWN

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A. F. Woodham*   **Date:** 12/04/2007

FILED
DEC - 4 2007
DEC - 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT