

**FILED**
DEC 03 2007
DEC - 3 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

MR. Demetrius H. Nichols
Plaintiff    N61355

v.

State of Illinois et al,
Defendant(s)

**07CV6821
JUDGE KOCORAS
MAG. JUDGE BROWN**

---

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, MR. Demetrius H. Nichols, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
   I.D. # N61355    Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☒No    Monthly amount:_____

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages: _____
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: N/A
      Name and address of last employer: N/A

   b. Are you married?    ☒Yes    ☐No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages    ☐Yes    ☒No
      Amount_____    Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☐No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____) ☐Yes ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
Childrens, Since I'm Incarcerated I'm unable to provide,

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: MAY 29, 2007

_Demetrius H. Nichols_
Signature of Applicant

_Demetrius H. NICHOLS_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by each institution where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, DEMETRIUS NICHOLS, I.D.# N61355, has the sum of $ 33.65 on account to his/her credit at (name of institution) MENARD CC. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.

(Add all deposits from all sources and then divide by number of months).

6/13/07
DATE

_Geraldine Berry_
SIGNATURE OF AUTHORIZED OFFICER

GERALDINE BERRY
(Print name)

HAVE NOT Been within HILL Correctional Center for Three months yet, N.N.
(309) 343-4212

TRUE AND Correct under Penalty of perjury, MR. Demetrius H. Nichols forward NOV 22, 2007

ILCS 205/7001
Financial Regulation,
205/7001 Definitions,
7001, Definitions As used in this Article the following Deposit accounts means, Certificates of deposit, withdrawable deposits, Savings accounts, Demand deposit accounts, checking accounts, or any other terms or term appropriate,

-3- rev. 7/18/02

Date: 6/13/2007　　　　　　　　　　　　　　　**Correctional Center**　　　　　　　　　　　　　　　Page 1
Time: 1:55pm　　　　　　　　　　　　　　　　　**Trust Fund**
d_list_inmate_trans_statement_composite　　Inmate Transaction Statement

REPORT CRITERIA - Date: 12/01/2006 thru End;　　Inmate: N61355;　　Active Status Only ? : No;　　Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;　　Print Furloughs / Restitutions ? : Yes;　　Include Inmate Totals ? : Yes;　　Print Balance Errors Only ? : No

**Inmate: N61355 Nichols, Demetrius**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 0.15 |
| 12/06/06 | Mail Room | 10 Western Union | 340200 | 1342011278 | NICHOLS, MARILYN | 100.00 | 100.15 |
| 12/06/06 | Payroll | 20 Payroll Adjustment | 340159 | | P/R month of 11/2006 | 6.80 | 106.95 |
| 12/13/06 | Point of Sale | 60 Commissary | 347746 | 620023 | Commissary | -102.72 | 4.23 |
| 12/14/06 | Disbursements | 81 Legal Postage | 348359 | Chk #77662 | 13864, DOC: 523 Fund Reimburse, Inv. Date: 11/30/2006 | -4.20 | .03 |
| 01/05/07 | Payroll | 20 Payroll Adjustment | 005159 | | P/R month of 12/2006 | 8.00 | 8.03 |
| 01/10/07 | Point of Sale | 60 Commissary | 010793 | 625123 | Commissary | -7.84 | .19 |
| 02/07/07 | Payroll | 20 Payroll Adjustment | 0381107 | | P/R month of 01/2007 | 8.00 | 8.19 |
| 02/07/07 | Point of Sale | 60 Commissary | 038779 | 629615 | Commissary | -8.05 | .14 |
| 02/08/07 | Mail Room | 10 Western Union | 039200 | 9767956998 | NICHOLS, MARILYN | 100.00 | 100.14 |
| 02/14/07 | Point of Sale | 60 Commissary | 045767 | 630834 | Commissary | -99.99 | .15 |
| 03/06/07 | Payroll | 20 Payroll Adjustment | 065159 | | P/R month of 02/2007 | 5.98 | 6.13 |
| 03/30/07 | Disbursements | 81 Legal Postage | 089359 | Chk #79177 | 26604, DOC: 523 Fund Inmate Re, Inv. Date: 03/27/2007 | -1.35 | 4.78 |
| 03/30/07 | Disbursements | 81 Legal Postage | 089359 | Chk #79177 | 26137, DOC: 523 Fund Inmate Re, Inv. Date: 03/22/2007 | -2.07 | 2.71 |
| 03/30/07 | Disbursements | 81 Legal Postage | 089359 | Chk #79177 | 26138, DOC: 523 Fund Inmate Re, Inv. Date: 03/22/2007 | -2.07 | .64 |
| 03/31/07 | Mail Room | 10 Western Union | 090200 | 8534181239 | NICHOLS, MARILYN | 100.00 | 100.64 |
| 04/06/07 | Payroll | 20 Payroll Adjustment | 096159 | | P/R month of 03/2007 | 3.26 | 103.90 |
| 04/17/07 | Disbursements | 84 Library | 107359 | Chk #79375 | 27923, DOC: School Dist. Libra, Inv. Date: 04/10/2007 | -9.95 | 93.95 |
| 04/17/07 | Disbursements | 81 Legal Postage | 107359 | Chk #79377 | 28503, DOC: 523 Fund Reimburse, Inv. Date: 04/13/2007 | -2.07 | 91.88 |
| 04/17/07 | Disbursements | 81 Legal Postage | 107359 | Chk #79377 | 28363, DOC: 523 Fund Reimburse, Inv. Date: 04/12/2007 | -2.31 | 89.57 |
| 04/23/07 | Point of Sale | 60 Commissary | 113779 | 644275 | Commissary | -19.21 | 70.36 |
| 05/15/07 | Disbursements | 80 Postage | 135359 | Chk #80002 | 29973, DOC: 523 Fund Reimburse, Inv. Date: 04/30/2007 | -2.07 | 68.29 |
| 05/18/07 | Point of Sale | 60 Commissary | 138779 | 650040 | Commissary | -29.80 | 38.49 |
| 06/01/07 | Disbursements | 81 Legal Postage | 152359 | Chk #80206 | 32634, DOC: 523 Fund Reimburse, Inv. Date: 05/22/2007 | -.51 | 37.98 |
| 06/01/07 | Disbursements | 81 Legal Postage | 152359 | Chk #80206 | 32185, DOC: 523 Fund Reimburse, Inv. Date: 05/16/2007 | -1.25 | 36.73 |
| 06/01/07 | Disbursements | 81 Legal Postage | 152359 | Chk #80206 | 32167, DOC: 523 Fund Reimburse, Inv. Date: 05/16/2007 | -1.99 | 34.74 |
| 06/01/07 | Disbursements | 81 Legal Postage | 152359 | Chk #80206 | 32786, DOC: 523 Fund Reimburse, Inv. Date: 05/23/2007 | -.17 | 34.57 |
| 06/01/07 | Disbursements | 81 Legal Postage | 152359 | Chk #80206 | 32044, DOC: 523 Fund Reimburse, Inv. Date: 05/15/2007 | -.75 | 33.82 |

|  |  |
|---:|---:|
| Total Inmate Funds: | 33.82 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .17 |
| Funds Available: | 33.65 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date: 6/13/2007  
Time: 1:55pm  
d_list_inmate_trans_statement_composite  

**Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement  

Page 2

REPORT CRITERIA - Date: 12/01/2006 thru End; Inmate: N61355; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: N61355 Nichols, Demetrius**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 06/07/2007 | 33879 | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.17 |
|  |  |  |  | **Total Restrictions:** | **$0.17** |