# United States District Court
## Northern District of Illinois
### Eastern Division

Demetrius N. Nichols            **JUDGMENT IN A CIVIL CASE**

     v.            Case Number: 07 C 6821

State of Illinois et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's complaint is dismissed. This dismissal counts as one of the plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

                                             Michael W. Dobbins, Clerk of Court

Date: 12/13/2007                         /s/ Stephen C. Tokoph, Deputy Clerk