## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES P. KOCORAS | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6821 | **DATE** | January 9, 2008 |
| **CASE TITLE** | Demetrius H. Nichols (#N-61355) vs. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

Having considered the plaintiff's brief in support of his complaint [7], the court remains satisfied that it properly dismissed this action pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state an actionable civil rights claim. *See* Minute Order of December 13, 2007. This case remains closed. Any challenges the plaintiff may wish to raise against his conviction must be presented in his pending habeas corpus action, *United States ex rel. Nichols v. Hulick*, Case No. 07 C 3498 (N.D. Ill.).

*Charles P. Kocoras*
U.S. District Judge

■ [Docketing to mail notices.]

mjm